IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONSUMERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:12-cv-03303-JTM |
| JAMES RIVER INSURANCE COMPANY, et al. | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Joint Motion of Plaintiff and Defendants Houston Casualty Company and U.S. Specialty Insurance Company for an Extension of Certain Deadlines (ECF 62). For good cause shown, it is:

Ordered that 1) that plaintiff does not need to file a response to defendants' motion for summary judgment (ECF 49); 2) defendants may file an amended motion for summary judgment on or before October 11, 2013; and 3) plaintiff shall respond to defendants' amended motion for summary judgment within the time provided by the Local Rules.

          */s/ John T. Maughmer*
          **John T. Maughmer**
          **United States Magistrate Judge**