# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-3303-CV-S-JTM |
| ) | |
| JAMES RIVER INSURANCE COMPANY ) | |
| U.S. SPECIALTY INSURANCE COMPANY. ) | |
| HOUSTON CASUALTY COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

NOW ON THIS 18th day of December, 2013, Plaintiff Consumer Insurance USA, Inc., having filed its Stipulation of Dismissal, the Court having considered same, it is

**ORDERED** that Plaintiff's claims against Defendant James River Insurance Company in the above-entitled action are **DISMISSED WITH PREJUDICE**. All claims against Houston Casualty Company and U.S. Specialty Insurance Company remain pending.


                          */s/ John T. Maughmer*
                               **John T. Maughmer**
                         **United States Magistrate Judge**